# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0135. JAMES WATLEY, JR. v. THE STATE.

In 2005, a jury convicted James Watley, Jr. of kidnapping, aggravated sexual battery, sexual battery, and criminal attempt to commit rape. We affirmed his convictions on direct appeal. *Watley v. State*, 281 Ga. App. 244 (635 SE2d 857) (2006). In 2025, Watley filed a motion to vacate void sentence, arguing that the imposition of consecutive sentences was not authorized. The trial court denied his motion on June 11, 2025, and on August 1, 2025, Watley filed his notice of appeal. We, however, lack jurisdiction.

Pretermitting the substantive issue of whether Watley was permitted to appeal the trial court's order, Watley's appeal is untimely. A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Watley filed his notice of appeal 51 days after the entry the trial court's order. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/05/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.